

# Fourth Court of Appeals
## San Antonio, Texas

September 2, 2014

No. 04-14-00611-CV

David Allan **EDWARDS**,
Appellant

v.

**DISTRICT ATTORNEY OF ATASCOSA COUNTY**,
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 12-02-0185-CVA
Honorable Thomas F. Lee, Judge Presiding

## O R D E R

On August 28, 2014, the clerk's record was filed in this appeal. The clerk's record does not contain all of the required documents. Rule 34.5(a) of the Texas Rules of Appellate Procedure lists the documents to be included in the clerk's record "[u]nless the parties designate the filings in the appellate record by agreement under Rule 34.2." TEX. R. APP. P. 34.5. In civil cases, the documents to be included in the clerk's record are the following:

(1)     all pleadings on which the trial was held;
(2)     the court's docket sheet,
(3)     the court's charge and the jury's verdict, or the court's findings of fact and conclusions of law;
(4)     the court's judgment or other order that is being appealed;
(5)     any request for findings of fact and conclusions of law, any post-judgment motion, and the court's order on the motion;
(6)     the notice of appeal;
(7)     any formal bill of exception;
(8)     any request for a reporter's record, including any statement of points or issues under Texas Rule of Appellate Procedure 34.6(c);
(9)     any request for preparation of the clerk's record;
(10)    a certified bill of costs including the cost of preparing the clerk's record, showing credits for payments made; and
(11)    any filing that a party designates to have included in the record.

*Id.*

In this case, the petition, the answer, the summary judgment motion, and any response to the summary judgment motion are required documents that were omitted from the clerk's record. We, therefore, ORDER the trial court clerk, Margaret E. Littleton, District Clerk, Atascosa County, to file a supplemental clerk's record on or before **September 22, 2014** containing the specified documents and any other required documents that were filed in this case in the trial court.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of September, 2014.

_____
Keith E. Hottle
Clerk of Court